# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re: Brian Scott Benner and Jennifer Kelly Benner,<br><br>Debtors. | Case No. 16-01290-TLM<br><br>Chapter 7 |

### ORDER RE: STIPULATION TO AVOID TRANSFER OF REAL PROPERTY

This matter came before the court based upon the Stipulation to Avoid Transfer of Real Property executed by Noah Hillen, the Chapter 7 Trustee, Brian Scott Benner and Jennifer Kelly Benner, the Debtors, and the Brian Benner and Jennifer Benner Family Trust and good cause appearing for the entry of that stipulation;

IT IS HEREBY ORDERED that the stipulation to avoid transfer of real property filed as Docket No. 96 on May 26, 2017 is hereby approved.

The parties are authorized to consummate the terms of the stipulation.//end of text//

DATED:  May 30, 2017

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Joseph M. Meier, Cosho Humphrey, LLP, attorneys for Trustee